UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALVIN DAMPIER,

        Plaintiff,

    v.

KING COUNTY JAIL, *et al.*,

        Defendants.

Case No. C22-1401-JCC-SKV

ORDER

        This matter comes before the Court on the Report and Recommendation ("R&R") (Dkt. No. 7) of the Honorable S. Kate Vaughan, United States Magistrate Judge. The R&R recommends that the Court dismiss Plaintiff's Prisoner Civil Rights Complaint pursuant to 28 U.S.C. § 1915A because it fails to state a claim for which relief can be granted. (*Id.* at 7.)

        Judge Vaughan previously issued an order declining to serve Plaintiff's complaint. (Dkt. No. 4.) In it, she explained that some claims fail as a matter of law and others are inadequately plead, requiring more detailed allegations. (*Id.*) Judge Vaughan provided Plaintiff with 30 days leave to file an amended complaint. (*Id.*) Plaintiff failed to do so. On this basis, Judge Vaughan issued an R&R recommending the complaint be dismissed without prejudice. (Dkt. No. 7). Plaintiff points to no error in this recommendation. Instead, he asks the Court to appoint counsel to investigate the matter. (*See* Dkt. No. 8.)

        The Court has reviewed all of the filings, including Plaintiff's request for the appointment of counsel. It finds no error in Judge Vaughan's R&R. It further finds that the appointment of

ORDER - 1
C22-1401-JCC-SKV

counsel would be futile. Accordingly, the Court ORDERS as follows:

 (1) The R&R (Dkt. No. 7) is ADOPTED;

 (2) This matter is DISMISSED without prejudice;

 (3) Plaintiff's motion for the appointment of counsel (Dkt. No. 8) is DENIED; and

 (4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

DATED this 12th day of December 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2
C22-1401-JCC-SKV